UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**ALEX SELICO DUNN**                                                      **CIVIL ACTION**

**VERSUS**                                                                         **NO: 07-5680-SSV-SS**

**STATE FARM INSURANCE
COMPANY**

**ORDER**

STATE FARM'S MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY (Rec. doc. 19)

**GRANTED IN PART AND DENIED IN PART**

Before the undersigned is the motion of the defendant, State Farm Fire and Casualty Company ("State Farm"), for sanctions and to compel supplemental discovery.

On August 22, 2007, the plaintiff, Alex Selico Dunn ("Dunn"), filed a petition in state court against State Farm for damages to a residence and a rental property which were damaged in Hurricane Katrina. It was removed to federal court. Dunn is not represented by counsel. Rec. doc. 1. The discovery deadline is September 23, 2008. Rec. doc. 9.

On February 19, 2008, State Farm served written discovery on Dunn. Interrogatory no. 25 sought identification of all information submitted or received from the Small Business Administration (SBA) or the Road Home Program for funds or benefits of any type. Rec. doc. 11 (Exhibit A). Dunn did not respond. State Farm made further attempts to secure the discovery. Dunn did not respond and did not object within the deadlines provided in Fed. R. Civ. P. 33 and 34. State Farm filed a motion to compel and sought sanctions. Rec. doc. 11. On June 4, 2008, the motion was granted in part and denied in part. The order informed Dunn that: (1) the Local Rules

required that a memorandum in opposition to a motion be filed eight days prior to the date set for hearing; (2) if he did not fully comply with the order, sanctions may be imposed; and (3) by Friday, June 20, 20008, Dunn was to respond to State Farm's discovery.

Dunn responded to the discovery but did not include any information on SBA loans or Road Home Benefits. On June 5, 2008, counsel for State Farm wrote Dunn and stated:

> Your Answer to Interrogatory No. 25 and Response to Request for Production No. 26 is non-responsive. In the event you may have received an SBA loan, they will have an interest in any settlement agreement that may be reached in this matter, and the SBA would need to be informed of any such agreement. Likewise, if you have been awarded any grant from Road Home, the State of Louisiana would have to approve of any settlement agreement reached in this case and could exercise its rights to subrogate itself as a recipient of the settlement tender.

Rec. doc. 18 (Exhibit A).

On July 24, 2008, State Farm filed a second motion to compel and sought sanctions. Rec. doc. 18. On July 28, 2008, an order was issued setting the motion for hearing (no oral argument) on August 20, 2008, on briefs. Rec. doc. 20. Although Dunn was notified in the June 4, 2008 order that the Local Rules require that he file an opposition eight days in advance he did not do. Instead, he delivered a letter to the undersigned's office, dated August 19, 2008, in which he reports his belief that questions about money received from the SBA or Road Home Program are not relevant and he has therefore not provided the information.[1]

Dunn ignores the fact that the June 5, 2008, letter from State Farm plainly states why information regarding benefits from the SBA and Road Home is relevant. The information is pertinent to the Court's Case Management Order Re: Road Home Settlement Protocol. See <u>Iris D. Conerly v. State Farm Fire & Casualty Insurance Company</u>, 07-4146-AJM-SS, Rec. doc. 53.

---

[1] The letter will be filed in the record.

Dunn's "objection" lacks merit. He has failed to comply with the Local Rules of this Court and the Federal Rules of Civil Procedure after being advised that such action may result in sanctions. Dunn's actions have delayed the completion of discovery.

IT IS ORDERED as follows:

1. State Farm's motion for sanctions and to compel supplemental discovery responses (Rec. doc. 19) is GRANTED in PART.

2. By **Tuesday, September 2, 2008**, Dunn shall deliver to counsel for State Farm the information sought in interrogatory no. 24 and request for production no. 26 regarding SBA and Road Home benefits.

3. **If Dunn fails to comply with this discovery order or any further discovery order, sanctions may be imposed including monetary sanctions or a recommendation that his petition be dismissed without prejudice**.

New Orleans, Louisiana, this 22nd day of August, 2008.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**